# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KEITH DAWNE PURDIE,** ) | 8:15CV155 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **BRIAN GAGE, Warden Department of** ) | |
| **Correctional Services NE State,** ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2). Petitioner paid the $5.00 filing fee in this case on May 29, 2015. Accordingly,

IT IS ORDERED: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 2) is denied as moot.

DATED this 4th day of June, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge