# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEITH DAWNE PURDIE, | ) | 8:15CV155 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| BRIAN GAGE, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on Petitioner Keith Dawne Purdie's "Motion and Request Leave to Use the Original Record" (Filing No. 31) and Motion for Appointment of Counsel (Filing No. 32). The Court entered judgment in this matter on November 20, 2015, and the case is now on appeal to the Eighth Circuit Court of Appeals. Purdie must direct his requests for relief to the Eighth Circuit Court of Appeals, which has jurisdiction over his case. Accordingly,

IT IS ORDERED: Purdie's "Motion and Request Leave to Use the Original Record" (Filing No. 31) and Motion for Appointment of Counsel (Filing No. 32) are denied without prejudice to reassertion in the Eighth Circuit Court of Appeals.

DATED this 25th day of January, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge